E-FILED
Wednesday, 01 March, 2017 12:36:13 PM
Clerk, U.S. District Court, ILCD

AO 91 (Rev. 11/11) Criminal Complaint

U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

United States of America
v.
TIMOTHY FREDRICKSON

Defendant(s)

Case No. 17-mj-4412

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 2016 - February 2017 in the county of Rock Island in the Central District of Illinois, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2251(a) & (e) | Sexual exploitation of a child |

This criminal complaint is based on these facts:

See attached Affidavit in Support of Complaint which is made a part hereof.

☑ Continued on the attached sheet.

s/ Jeremy McAuliffe
*Complainant's signature*

Special Federal Officer Jeremy McAuliffe
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/1/17

s/ Sara Darrow
*Judge's signature*

City and state: Rock Island, Illinois

United States District Judge Sara Darrow
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**
**CRIMINAL COMPLAINT**

I, Special Federal Officer Jeremy McAuliffe, being duly sworn on oath, state the following:

**INTRODUCTION**

1. I have been employed as a peace officer with the City of Moline, Illinois since 1996 and sworn as a Special Federal Officer with the United States Secret Service since 2010. During my course of duties, I conduct investigations of violations of federal statutes involving the sexual exploitation of minors, cyber crime, and child pornography. I have attended training in techniques to identify, search, collect and analyze digital media systems used by child pornographers. I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) that was created, stored, distributed, or received via digital systems.

2. I am familiar with the information contained in this Affidavit based upon the investigation I have personally conducted, and information provided by other law enforcement officers involved in this investigation. Since this Affidavit is being submitted for the limited purpose of establishing probable cause, I have not included each and every fact known to me concerning this investigation.

**PROBABLE CAUSE**

3. On February 4, 2017, the Moline Police Department received a complaint from a woman regarding an online relationship between her daughter, hereafter referred to as Minor1, and a twenty-seven year old male named Timothy Fredrickson who lived in Davenport. Minor1's mother advised Minor1 had received flowers at Moline High School from Timothy Fredrickson and she had just become aware of the relationship. Minor1's mother advised Minor1 told her that she had sent nude images of herself to Timothy Fredrickson at his request. Minor1's mother then turned over a Samsung Galaxy S7 and an iPod that Minor1 had used to communicate with Timothy Fredrickson.

4. On February 6, 2017, I spoke with Minor1's mother and received verbal consent to search the Samsung Galaxy S7 and iPod. I also requested Minor1's mother to stop by the police department and sign a consent to search form, which she later did. Minor1's mother also agreed to allow a forensic interview of Minor1 at the Child Advocacy Center. An interview was then set

up for February 8, 2017.

5.       On February 8, 2017, a forensic interview of Minor1 was conducted by Detective Marcy O'Brien, Moline Police Department. During the interview, Minor1 advised she had posted a "whisper" on the application Whisper, and Timothy Fredrickson replied. Minor1 advised this occurred just after Christmas and the two began communicating. Minor1 advised Timothy Fredrickson was twenty-seven years old and he was aware she was sixteen. Minor1 advised the two communicated on Whisper, Snapchat, Facebook, and their phones. Minor1 advised their relationship grew and the two began "sexting." During the sexting chats, Timothy Fredrickson would request images or videos from Minor1. Minor1 advised she complied with the requests and never requested any images or videos from Timothy Fredrickson of a sexual nature. Minor1 estimated that she sent over twenty images of a sexual nature, to include images of her vagina, and five videos of her masturbating. Minor1 advised she received flowers at school and asked Timothy Fredrickson if he had sent them. Timothy Fredrickson told Minor1 he had. Minor1 admitted that she was told that her mother found out about the relationship and she deleted some information on her phone relating to Timothy Fredrickson.

6.       On February 10, 2017, I met with Davenport Police Detective Erin Pape and advised her of my investigation. I advised Detective Pape that I had located a vehicle registered to Timothy Fredrickson parked behind 119 W 13th Street Davenport, Iowa and requested assistance obtaining a search warrant for the residence. According to a Davenport Police Report, Timothy Fredrickson advised he lived at 119 W 13th Street Apartment #3 Davenport, Iowa. Detective Pape prepared a search warrant and swore it out in front of a Judge. At approximately 1114 hours, the search warrant was executed at 119 W 13th Street Apartment #3 Davenport, Iowa. Sgt. Geoff Peiffer knocked on the door marked with a number 3 and the door was answered by Timothy Fredrickson. Timothy Fredrickson was advised of the search warrant and later given a copy of the warrant.

7.       I introduced myself to Timothy Fredrickson and advised him of his Miranda Rights in verbal and written form. Timothy Fredrickson acknowledged his rights and signed the Miranda form. I asked Timothy Fredrickson if he would like to speak with me and he advised he would. I asked Timothy Fredrickson if he would speak with me at the Davenport Police Department and he advised he would rather not. I then began an audio recording of the interview. During the

interview, Timothy Fredrickson advised he had been communicating with Minor1 and that they had a deep connection. Timothy Fredrickson advised he replied to a Whisper Minor1 had posted and the two began talking frequently. Timothy Fredrickson advised he became aware she was sixteen after about a week and she was aware he is twenty-seven. Timothy Fredrickson advised their relationship deepened and they began to sext. Timothy Fredrickson admitted to requesting some of the sexual images and videos from Minor1, but not all of them. Timothy Fredrickson advised that the two had agreed not to meet in person yet as the age difference was still an issue for Minor1. Timothy Fredrickson advised he did purchase flowers for Minor1 and have them sent to Moline High School. Timothy Fredrickson also advised he had a phone that he was going to give to Minor1 and was going to put her favorite movie on it, Alice in Wonderland. Timothy Fredrickson advised the movie was on a flash drive in his truck. Timothy Fredrickson advised he would show me the text messages he had with Minor1 if I got his phone from his bed. I retrieved a LG G5 cell phone. When the screen lit up, the background image or "wallpaper" was of Minor1. The image shows Minor1 topless with a pillow covering her chest. Timothy Fredrickson then told me to open the text messaging and I would see several text messages between the two that were not of a sexual nature. I did see numerous messages between the two. I also saw Timothy Fredrickson had numerous other people he was texting. I asked Timothy Fredrickson about the images or videos of Minor1 and he advised he had deleted the nude ones after a few days and there should not be any on his phone. Timothy Fredrickson advised he had no sexual images of Minor1 on the phone, but acknowledged the one used as his wallpaper was "suggestive." I also noticed a screen capturing application shortcut on his phone. Timothy Fredrickson advised he works in the IT field and repairs electronics as a hobby. Numerous electronic devices were present in the residence and collected. The following is a list of items seized from the residence:

a. HP Probook 6555B with S/N CNU02333FS
b. Dell Precision M4500 laptop
c. Samsung Galaxy S3 model SCH-S960L
d. Toshiba 1TB external HDD with S/N Z4PYS63Z5TT1
e. Blue dual USB flash drive
f. Buffalo L5-1000 GL cloud storage with S/N 9582188041462
g. LG G5 cellphone

h. Dell Latitude XT2 model PP12S

i. Seagate 160 GB HDD with S/N 9VMGF4LF

j. Seagate 500 GB HDD with S/N 6QG3M8YN

k. Apple iPad model A1489 with S/N DLXLW10FCM8

l. Hitachi 250 GB HDD with S/N MM1EE9LA

m. 7" black tablet

n. Hitachi 250 GB HDD with S/N MM2UG12C

o. Apple 8GB iPod

p. White MID tablet model M9000 with S/N HQ20JHAJJJA0H

q. HP P6000 desktop with S/N 3CR0320KHJ

r. Indicia

s. Misc. letters

8. Continuing on February 10, 2017, Detective Maureen Hammes turned the items collect over to me. The items were transported back to the Moline police department and secured in the Forensic Computer Lab.

9. Prior to leaving 119 W 13th Street Apartment #3 Davenport, Iowa, I asked Timothy Fredrickson about another investigation I was aware of involving a different female juvenile. The case is being investigated by the Illinois State Police and they had previously asked for my assistance in the investigation. I am aware that on the evening of December 21, 2016, Timothy Fredrickson was identified during a vehicle check at a park in Rapid City, Illinois. During the encounter, Timothy Fredrickson advised he was waiting for a girl who he believed was nineteen years old, and provided her name to the officer. The Hampton Police Officer advised he was familiar with a juvenile by that name and suspected it may be her. Timothy Fredrickson advised he had met the female on an application called MeetMe. When asked to see the female's profile, Timothy Fredrickson advised she had deleted it. Timothy Fredrickson was warned about being in the park as it is closed after dark and was allowed to leave. Timothy Fredrickson provided the phone number for the female he was going to meet, who was later confirmed to be a fifteen year old female, hereafter referred to as Minor2. I asked Timothy Fredrickson about the encounter. Timothy Fredrickson advised he replied to a Whisper that Minor2 had posted and the two talked and agreed to meet after about two hours. I asked Timothy Fredrickson about lying to the officer

about meeting Minor2 on MeetMe and her profile being deleted.  Timothy Fredrickson advised he got the applications mixed up as they are similar and was not sure of Minor2's age and did not want to get in trouble.  Timothy Fredrickson advised he did not know Minor2's age until after the police left.  Timothy Fredrickson advised he should still have some of the text messages with Minor2 on his phone.

10.    On February 14, 2017, a search warrant was obtained in the Central District of Illinois to examine the electronic items that were seized by Davenport Police Department on February 10, 2017.

11.    On February 14, 2017, I examined the LG G5 cell phone using Cellebrite.  A logical extraction was performed and I later viewed the results.  In reviewing the videos on the device, I located a folder called AzRecorderFree on the micro SD card in the phone.  Inside the folder I located numerous videos that appear to be created using the application AzRecorderFree.  According to the Google Play Market, "AZ screen recorder lets you record your screen to HD and FullHD videos and it is the only screencast app in the Android market that can be paused and resumed while recording. You can also record audio from the mic and it is automatically muxed into the screencast videos. That makes it very convenient to create tutorial, promotional video, comment about your game and gameplay or record video chat. The floating window always staying on top will let you snap at the exact moment on any screen. In the settings, you can enable screen touches so the people who are watching your videos will know exactly what you are doing. Additionally, there are many other features in this free screen recorder such as setting video resolution, bit-rate, screen orientation, customized timer to stop, saving directory selection, view/share or delete your recorded videos... All of them are free for you!"  While reviewing the videos, I saw over one hundred videos made with the AZRecorderFree recording Snapchats between Timothy Fredrickson and Minor1.  I am able to identify Minor1 by her Snapchat username and by face in some of the videos.Of those videos, there are over fifteen videos in which Minor1 exposes her genitals and/or is masturbating.  The videos also contain Snapchat text conversations in which Fredrickson is requesting images or videos of Minor1.  Below is a description of three of the videos.  More Snapchat text messages are visible in the videos than are reproduced in the descriptions, which include only messages pertaining to requests for videos or images:


**CONCLUSION**

12. Based on the foregoing information, I respectfully request that this Court find probable cause for the arrest and criminal complaint charging Timothy B Fredrickson, DOB 02-24-89, with "Sexual Exploitation of a Child" in violation of 18 U.S.C. § 2251.

Respectfully submitted,

s/ Jeremy McAuliffe

Jeremy McAuliffe
Special Federal Officer
US Secret Service

Subscribed and sworn to before me
on March 1, 2017:

s/ Sara Darrow

HONORABLE SARA DARROW
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF ILLINOIS