|  |  |
|---|---|
| United States District Court for the Central District of Illinois | Hon. Sr. Judge: Michael Mihm<br><br>N0. 17-cr-40032<br>(Pro Se Opposition to Dkt #84) |

Now comes the defendant, Tim Frederickson, in a pro se response, opposing government "motion in limine No 10: concerning 'consent'". The defense hereby requests that it not be precluded from discussing the topic of consent, and if barred, the defense should be allowed to rebut any allusions to any purported lack of consent.

## Argument

Federal rule of evidence (hereafter "FRE") 401 explains that evidence is relevant if "it has any tendency to make a fact more or less probable"; as various courts have explained, "the standard for relevancy under Rule 401 is '*any* tendency' which is an *extremely low* burden" (Kozlov v. Assoc. Wholesale Grocers, 818 F.3d 380 @396, CA8 (2016) quoting FRE 401(a)). It is difficult to think of a fact more relevant than one going directly to an element. The government contends that "absence of consent is not an element" –it is wrong; lack of consent is a substantive component of the first element of the charged offense (employ, use, persuade, induce, entice, coerce) and, at an irreducible minimum, is the *only possible* showing to refute the charged element of coercion. Moreover, antonyms for coerce/coercion dance *so closely* around consent as to render any distinction artificial and wholly arbitrary.

Relatively, the government under FRE 403 claims consent would "divert [the jury] from the real issues in the case". A jury decides the facts and elements; fact of consent corresponds *directly* to the element of coercion and inducement, and is highly relevant to the remainder of this element (employ, use, persuade, entice). Furthermore, the jury could very realistically return a verdict on coercion and inducement if the court were to completely blind the jury to consent, a fact it is entitled to know and weigh as it sees fit.

The government seizes a misstatement of the law, and wholly ignores the federal age of consent because it cannot Square § 2246 (2)(D), §2241 (c), §2243 (a)(1), §1470 with its current charge; indeed, each case it relies on involved an *actual* child ( Street: "13 or 14", Abad:13, Raplinger:15). It is also noteworthy that Abad was not charged with a violation of chapter 110. None of the government's cases involve the conflict at issue here, an adult alleged by the government to be 16 (the age of majority).

Finally, if the court were to bar discussion of consent (and with it, the *age* of consent), such would effectively preclude proof that the Supreme Court majority implicitly stated is available: "proof that a pornographic but not obscene representation did *not* depict [a] real child [ ]" (Williams @309; see also memorandum @Dkt # 109-1/110-1).

Respectfully submitted
/s/Tim Fredrickson
9 /25/ 2019

## Certificate of Service and Declaration of Inmate Filing

I, Tim Fredrickson, a non-attorney and inmate, state under penalty of perjury that I am an inmate confined at _Mercer County Jail, Aledo Illinois_, and that on this _25th_ day of _September_ 2019, I served the foregoing _Pro Se Opposition to Dkt #84_

Upon:

[ ]   Appellate Clerk of Court, Room 2722
      219 South Dearborn Street
      Chicago, IL. 60604

[ ]   District Clerk of Court, Northern District of Illinois
      219 South Dearborn Street
      Chicago, IL. 60604

[X]   District Clerk of Court, Central District of Illinois
      100 Northeast Monroe, Room 309       [ ] Peoria Division
      Peoria, IL. 61602                    [ ] In care of Rock Island Division

[ ]   Eighth Circuit Court of Appeals Clerk
      111 South 10th Street Room 24.329
      St. Louis, MO. 63102

[ ]   District Clerk of Court
      131 East 4th Street                  [ ] 8th Circuit, Iowa Davenport Division
      Davenport, IA. 52801                 [ ] In care of 7th Circuit, Rock Island Division

[ ]   District Clerk of Court, Southern District of Iowa
      123 East Walnut Street
      Des Moines, IA. 50309

[ ]   Clerk of Court
      The Supreme Court of the United States
      One First Street N.E.
      Washington, D.C. 20543

[X]   All attorneys of record via the CM/ECF through the Clerk of Court, whereon it is scanned:

By depositing the same in the institution's internal mail system with first-class postage prepaid, after the hours of 5:00 pm.

/s/ Tim Fredrickson
/s/ _Tim Fm_
Executed on: _9 / 25 / 2019_



QUAD CITIES IL 612
26 SEP 2019 PM 2 T

District Clerk of Court
100 Northeast Monroe Street
Peoria, IL 61602

61602310O3

Tim Fredrickson
906 SW 3rd St
Aledo, IL 6

This correspondence is from an inmate at the Mercer County Jail

Legal Mail

Attn clerk: Contains 3 motions
Please file in the order indicated

1) motion to return property
2) Opposition to #84
3) Opposition to #100

