We, the jury, find the defendant,

**TIMOTHY BRANDON FREDRICKSON,**

_Guilty_
(write guilty or not guilty)

of the charged offense of Sexual Exploitation of a Child, as alleged in the Indictment.

1-22-2020
Date

s/juror
Foreperson

Signed by jurors:

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

s/juror

29