E-FILED
Thursday, 23 January, 2020 10:48:56 AM
Clerk, U.S. District Court, ILCD

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Central DISTRICT OF Illinois

USA

V.

Timothy Fredrickson

## EXHIBIT AND WITNESS LIST

Case Number: 17-40032

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mihm | Mathew and Allegro | Robertson and Bell |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/21/20 - 1/22/2020 | JJ | ED |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 1/21/2020 | | | Jeremy McAuliffe, Officer |
| 1 | | 1/21/2020 | 1 | yes | Samsung Galaxy S7 cell phone |
| 1 | | 1/21/2020 | 2 | yes | Apple iPod |
| 1 | | 1/21/2020 | 100 | yes | Pic of defendants house |
| 1 | | 1/21/2020 | 101 | yes | Pic of defendants house - rear view |
| 1 | | 1/21/2020 | 102 | yes | Pic of defendants Ford Ranger |
| 1 | | 1/21/2020 | 103-131 | yes | Pics taken during search warrant 2/10/2017 |
| 1 | | 1/21/2020 | 9 | yes | 2/10/2017 Interview recording |
| 1 | | 1/21/2020 | 9a | yes | Interview transcript |
| 1 | | 1/21/2020 | 9b | yes | Interview Miranada form |
| 1 | | 1/21/2020 | 3 | yes | LG G5 cell phone |
| 1 | | 1/21/2020 | 3d | yes | LG home screen capture |
| 1 | | 1/21/2020 | 3e | yes | LG home screen photo |
| 1 | | 1/21/2020 | 5 | yes | Seagate 500GB hard drive |
| 1 | | 1/21/2020 | 5a | yes | Pic of tower |
| 1 | | 1/21/2020 | 5b | yes | Pic of Samsung hard drive |
| 1 | | 1/21/2020 | 5c | yes | Pic of Seagate hard drive |
| 1 | | 1/21/2020 | 5d | yes | Pic of Hitachi hard drive |
| 1 | | 1/21/2020 | 3a-3c | yes | LGG5 cell phone pics |
| | | | | | |
| | | 1/22/2020 | 1 | | Court exhibit regarding transportation issue on 1/21/2020 |
| | | 1/22/2020 | | | Jeremy McAuliffe, Officer (con't) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | Timothy Fredrickson | CASE NO. 17-40032 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1/22/2020 | 6 | yes | Samsung Galaxy S3 cell phone |
| 1 | | 1/22/2020 | 7 | yes | Intel flash drive |
| 1 | | 1/22/2020 | 6a-6b | yes | Pics of Samsung Galaxy S3 photo |
| 1 | | 1/22/2020 | 7a | yes | Pic of flash drive |
| 1 | | 1/22/2020 | 18 | yes | CD with video: 2017_01_15_11_16_09.mp4 |
| 1 | | 1/22/2020 | 18a | yes | CD with screenshots: 2017_01_15_11_16_09.mp4 |
| 1 | | 1/22/2020 | 12 | yes | CD with video: 2017_01_11_23_07_48.mp4 |
| 1 | | 1/22/2020 | 12a | yes | CD with screenshots: 2017_01_11_23_07_48.mp4 |
| 1 | | 1/22/2020 | 13 | yes | CD with video: 2017_01_18_13_55_33.mp4 |
| 1 | | 1/22/2020 | 13a | yes | CD with screenshots: 2017_01_18_13_55_33.mp4 |
| 1 | | 1/22/2020 | 14 | yes | CD with video: 2017_02_01_20_36_24.mp4 |
| 1 | | 1/22/2020 | 14a | yes | CD with screenshots: 2017_02_01_20_36_24.mp4 |
| 1 | | 1/22/2020 | 15 | yes | CD with video: 2017_01_07_22_21_15.mp4 |
| 1 | | 1/22/2020 | 16 | yes | CD with video: 2017_01_30_03_00_21.mp4 |
| 1 | | 1/22/2020 | 17 | yes | CD with video: 2017_01_29_11_58_57.mp4 |
| 1 | | 1/22/2020 | 11 | yes | CD with 23 videos from LG G5 cell phone |
| 1 | | 1/22/2020 | 21 | yes | Whisper messages |
| 1 | | 1/22/2020 | 10 | yes | 3/1/17 Interview recording (edited) |
| 1 | | 1/22/2020 | 10a | yes | 3/1/17 Interview transcript (edited) |
| 1 | | 1/22/2020 | 132-141 | yes | Photos taken from post-arrest truck search warrant |
| 1 | | 1/22/2020 | 4 | yes | LG G4 cell phone |
| 1 | | 1/22/2020 | 4a-4c | yes | LG G4 cell phone pictures |
| 1 | | 1/22/2020 | 142 | yes | Google records certification |
| 1 | | 1/22/2020 | 143 | yes | E-mail request for remote erase |
| 1 | | 1/22/2020 | 146 | yes | Dropbox records certification |
| 1 | | 1/22/2020 | 19a | no | Edited Photo: 2017_01_07_22_21_15.mp4 |
| 1 | | 1/22/2020 | 19b | no | Edited Photo: 2017_01_11_23_07_48.mp4 |

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | | vs. | Timothy Fredrickson | | CASE NO. 17-40032 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 1 | | 1/22/2020 | 19c | no | Edited Photo: 2017_01_18_13_55_33.mp4 |
| 1 | | 1/22/2020 | 19 | no | Edited Photo: 2017_02_01_20_36_24.mp4 |
| 1 | | 1/22/2020 | 20 | yes | Photo of S.B.'s bed/pillow |
| 1 | | 1/22/2020 | 20a | yes | Photo of S.B.'s sweatshirt |
| 1 | | 1/22/2020 | 8 | yes | VK Chats |
| | | | | | |
| | | | | | Skyler Banks |
| | | 1/22/2020 | 2 | | Court exhibit regarding transportation issue on 1/22/2020 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |