Writ for Personal Appearance INSTITUTION (2/2011)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| USA | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| vs | ) | Case Number: 17-CR-40032-001 |
| Timothy Brandon Fredrickson | ) | |
| Defendant(s) | ) | |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**TO: THE SHERIFF of** Mercer County Jail **at** 906 SW 3rd St. Aledo, IL.

**WE COMMAND** that you produce the body of Timothy Brandon Fredrickson, Register No. _____, who is in your custody at Mercer County Jail to appear via video conferencing before Judge Michael M. Mihm at the United States District Court at 100 NE Monroe St. Peoria, Illinois on 6/4/2020, at 2:00 PM and from time to time as they may be directed by the Court, in order that said prisoner may then and there respond to and answer such questions as may be asked them in the course of the hearing being conducted. At the termination of said hearing you may return them to their institution.

**WITNESS** the Honorable Shig Yasunaga, Clerk of the United States District Court for the Central District of Illinois.

DATED: 5/29/2020

BY: *Shig Yasunaga*
Shig Yasunaga
Clerk, U.S. District Court