# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



## NOTICE OF ISSUANCE OF MANDATE

June 24, 2021

To:   Shig Yasunaga
      UNITED STATES DISTRICT COURT
      Central District of Illinois
      Davenport, IA 52801-0000

| | |
|---|---|
| No. 20-2051 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>TIMOTHY B. FREDRICKSON,<br>Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No: 4:17-cr-40032-MMM-1<br>Central District of Illinois<br>District Judge Michael M. Mihm ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                             No record to be returned

This notice sent to:
[X]  United States Probation Officer

form name: **c7_Mandate**   (form ID: **135**)