# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

June 16, 2021

*Before*

MICHAEL B. BRENNAN, *Circuit Judge*

MICHAEL Y. SCUDDER, *Circuit Judge*

THOMAS L. KIRSCH II, *Circuit Judge*

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

No. 20-2051

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, v. TIMOTHY B. FREDRICKSON, *Defendant-Appellant*. | Appeal from the United States District Court for the Central District of Illinois. No. 17-CR-40032 Michael M. Mihm, *Judge*. |

O R D E R

On consideration of the petition for rehearing and for rehearing en banc filed by Defendant-Appellant on May 26, 2021, no judge in active service has requested a vote on the petition for rehearing en banc, and the judges on the original panel have voted to deny rehearing.

Accordingly, the petition for rehearing is DENIED.