# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## FINAL JUDGMENT

May 12, 2021

Before:

MICHAEL B. BRENNAN, *Circuit Judge*

MICHAEL Y. SCUDDER, *Circuit Judge*

THOMAS L. KIRSCH II, *Circuit Judge*

| No. 20-2051 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br><br>v.<br><br>TIMOTHY B. FREDRICKSON, Defendant - Appellant |
|---|---|

**Originating Case Information:**

District Court No: 4:17-cr-40032-MMM-1
Central District of Illinois
District Judge Michael M. Mihm

    The judgment of the District Court is **AFFIRMED**, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)