United States District Court
Central District of Illinois

United States
v
Timothy Fredrickson

No. 17-cr-40032
(Motion to Reconsider or Renew Dkt. 224)

Now comes the Defendant, Fredrickson, respectfully requesting the court to reconsider it's findings regarding exhaustion in his motion for compassionate release, and in the alternative renews his motion for compassionate release [224].

In support, the defendant states as follows:

1) The defendant has now provided proof that Warden Rivers recieved a request for, and did not respond within thirty days to, Fredrickson's second request for compassionate release [238].

2) The BOP's misrepresentation to the AUSA caused the court to make a mistake of fact regarding exhaustion, resulting in dismissal of the motion [232].

3) A mistake of fact is a proper ground to reconsider a ruling. See Kemp v US, 142 S.Ct. 1856 (June-13-2022) ("conclud[ing] ... that a judge's errors of law are indeed 'mistakes' under Rule 60(b)(1)" and that "the word 'mistake' applie[s] to any 'misconception', 'misunderstanding', or 'fault in oppinion or judgement' ... includ[ing] errors 'of law or fact'").

4) In the alternative, Fredrickson renews his Second Motion for Reduction in Sentence [224], as more than 30-days have elapsed since Warden River's recipt of the request.

5) The government has conceeded that the First [203] (appeal pending) and Second [224] Motion for Reduction in Sentence, are infact unrelated and based on distinctly different grounds. See 22-01542, Dkt 14, Page 11, Footnote 2 "None of these newfound arguments were raised or briefed before the district court, nor are they at issue in this appeal").

Respectfully Submitted,

/s/ Tim Fre

22005-026
Timothy Fredrickson
Register Number 22005-026
2133 North Highway 175
Federal Correctional Institution Seagoville
Seagoville Texas, 75159-9000 -
Fiji

NORTH TEXAS TX PDC
DALLAS TX 753
1 NOV 2022 PM 6 L

61602-100399

Clerk of Court
100 North East Monroe Street
Peoria IL 61602

Legal Mail