FILED United States District Court
Central District of Illinois

JUN - 9 2025

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States
v
Tim Fredrickson

No. 17-cr-40032

Motion for First Step Act sentence modification

Now comes the defendant, Fredrickson, respectfully requesting a reduction in sentence pursuant to Title 18 §3582(c)(1)(A)(i) and §603 of the First Step Act; and in support states as follows, set forth more fully below:

**Facts:**

1) On 1/28/2025 Fredrickson submitted a request for compassionate release[1] to the new warden under the newly amended 2023 criteria, and based it on an imminent risk of being effected by the current wave of Tuberculosis coming in from Kansas. Exhibit A

2) More than 30 days later on 3/25/2025 the request was denied, permitting review in this court[2]. Exhibit B

3) That request was denied because purportedly "avoidance of a disease is not criteria to be considered".

4) On 3/29/2025 Fredrickson submitted another request for compassionate release to the *new* new warden, this time based on the current outbreak of Measles, of which Texas is the epicenter and the nation is experiencing the highest peak in 25 years. Exhibit C

5) As of 5/10/2025 a response has not been received. A period in excess of 30 days.

Argument

**Extraordinary and Compelling**

A court may reduce a sentence "after considering the factors set forth in section 3553(a)[3] to the extent that they are applicable, if it finds that [] extraordinary and compelling reasons warrant such a reduction". §3582(c)(1)(A)(i). To assist a fact-finder in identifying "extraordinary and compelling reasons", in 2023 our Federal government added several criteria to USSG §1B1.13(b)(1)(D). In relevant part "the defendant is housed at a correctional facility affected or at imminent risk of being affected by [] an ongoing outbreak of infectious disease". Tuberculosis and/or Measles are unquestionably infectious diseases.

---

1   At no fault of government counsel, in the past Seagoville has failed to provide *proof* of the request.  It appears at Exhibit A.
2   Though never objecting to this statutory exception, the government's representatives in this court have consistently wasted this court's time by quoting paragraphs worth of standards for things not in dispute --in a bad faith effort to fatigue the judge
3   Fredrickson hereby incorporates by reference the evaluation of the sentencing factors set out in all earlier motions  [#203] [#224] for relief under this statute "to the extent that they are applicable".

In full context, USSG §1B1.13(b)(1)(D) states:

(b) EXTRAORDINARY AND COMPELLING REASONS.—Extraordinary and compelling reasons exist under any of the following circumstances or a combination thereof:
   (1) MEDICAL CIRCUMSTANCES OF THE DEFENDANT.—
   ...

   (D) The defendant presents the following circumstances—
      (i) the defendant is housed at a correctional facility affected or at imminent risk of being affected by (I) an ongoing outbreak of infectious disease, or (II) an ongoing public health emergency declared by the appropriate federal, state, or local authority;
      (ii) due to personal health risk factors and custodial status, the defendant is at increased risk of suffering severe medical complications or death as a result of exposure to the ongoing outbreak of infectious disease or the ongoing public health emergency described in clause (i); and
      (iii) such risk cannot be adequately mitigated in a timely manner.

Fredrickson concedes that typically all three requirements should be met, and explains next why all three are.

**Part 1) "affected or at imminent risk of being affected"**

There are multiple ways to satisfy the first part, which is emphasized in the following chart:



Fredrickson is indisputably housed at a "correctional facility"; FCI Seagoville is not a halfway house or other lesser facility. Moving on, the facility is *currently* affected by tuberculosis and/or *at imminent risk* of being affected by measles. Regardless of whether the state of Texas joins New York and other states in declaring public health emergencies for either disease, evidence shows that the facility is being affected by an ongoing outbreak of tuberculosis --which infected Fredrickson. To state the obvious, Fredrickson contracted tuberculosis from the only place he has been in the last several years --the BOP. While he had tuberculosis, it further spread undetected for an undisclosed amount of time, in conjunction with the recent community outbreaks in Texas. There is no indication that the tuberculosis outbreak is not ongoing.

Texas' rate of tuberculosis cases was nearly twice the national rate in 2017 with 1,127 cases reported[4]. According to the Federal Centers for Disease Control and Prevention, Tuberculosis bacteria is spread through the air from a person who has it in their lungs or throat who coughs, speaks or sings[5]. It is so virulent that most states, including Texas, have laws expressly requiring that even *latent* tuberculosis infections ("LTBI") be reported[6].

FCI Seagoville is also "at imminent risk of being affected by" *measles*[7], another qualifying infectious disease. Texas is currently undergoing the state's largest measles outbreak in 30 years. According to the Federal Centers for Disease Control and Prevention, the measles outbreak that originated in Texas is now the largest[8] single outbreak since the United States declared the disease eliminated in 2000. An expert from University of Texas[9] was recently questioned on the topic of measles in relation to risk and transmissibility:

> **Most know measles to be a highly contagious disease. What exactly is measles, and how does it spread from person to person?**
>
> If you wanted to design a virus to be as contagious as possible, you would design measles. It has the highest reproduction rate in the world. For every one person who has the disease, they spread it to 12 to 18 people on average. That's extraordinary.
>
> With measles, a person is infected for four days before they ever get the rash. For four days, they are spreading the disease before they have signs that they're sick. Then, once the rash develops, they're contagious for another four days. So, there are eight days where they can be spreading the disease, eight days when they're highly contagious.
>
> People infected with measles are contagious four days before they begin showing rash symptoms, and the virus can stay active in the air for up to two hours, making hospitals, schools and day cares especially high-risk.

---

4  https://www.dshs.texas.gov/IDCU/disease/tb/publications/TBinTexas.pdf    There were 9,105 total U.S. tuberculosis cases in 2017
5  https://www.cdc.gov/tb/topic/basics/howtbspreads.htm
6  See  https://www.cdc.gov/tb/php/case-reporting/latent-tb-infection.html
   Tex. Health & Safety Code § 81.042    25 Tex. Admin. Code § 97.2;    25 Tex. Admin. Code § 97.3
7  https://www.cdc.gov/han/php/notices/han00522.html
   Measles is a highly contagious viral illness that typically begins with fever, cough, coryza (runny nose), and conjunctivitis (pink eye), lasting 2-4 days prior to rash onset. Measles can cause severe health complications, including pneumonia, encephalitis (inflammation of the brain), and death. The virus is transmitted by direct contact with infectious droplets or by airborne spread when an infected person breathes, coughs, or sneezes. Measles virus can remain infectious in the air and on surfaces for up to 2 hours after an infected person leaves an area. Infected people are contagious from 4 days before the rash starts through 4 days afterward. The incubation period for measles, from exposure to fever, is usually about 7–10 days, and from exposure to rash onset is usually about 10–14 days (with a range of 7 to 21 days).
8  https://www.texastribune.org/2025/05/08/texas-measles-spread-oklahoma-new-mexico/
9  Erin Carlson, associate clinical professor and director of graduate public health programs at The University of Texas at Arlington's College of Nursing and Health Innovation
https://www.uta.edu/news/news-releases/2025/03/28/q-a-uta-expert-on-texas-growing-measles-crisis

Three things are of particular focus: "the *highest* reproduction rate *in the world*" which an expert described as "extraordinary", noting both an initial four days before symptoms manifest and a two hour airborne hang-time after a person leaves the room --all things that combine to create an "especially high risk" for indoor settings like jails. Regardless of whether the state of Texas takes the official act of declaring a public health emergency[10], the Nation is currently experiencing a growing measles crisis. Initially declared eliminated in 2000, Measles is exploding in Texas. Measles has ripped through communities sprawling across more than 20 Texas counties and is poised to make measles a nationwide epidemic. On May 8, 2025, a total of 1,001[11] confirmed measles cases were reported by 31 states[12], yet a few days earlier the number of cases reported *in Texas alone* was a historic 709 cases[13] in 29 counties. As of May 9, at least 92 of those Texas patients have been hospitalized.

**Part 2) "increased risk"**

Next, there is an increased risk of either "severe medical complications or death" as Fredrickson catches each of these lung respiratory diseases. After the Covid pandemic, and being further infected with tuberculosis, Fredrickson is unquestionably "at increased risk of severe medical complications" should Measles do further damage to Fredrickson's lungs. The trifecta and repeat infections even create an increased risk of *death*.



---

10 When Clark County, Washington identified its *third* measles case in January 2019, the county quickly declared a public health emergency. The state soon followed suit. https://governor.wa.gov/sites/default/files/proclamations/19-01%20State%20of%20Emergency.pdf
11 https://www.cdc.gov/measles/data-research/index.html
12 Alaska, Arkansas, California, Colorado, Florida, Georgia, Hawaii, Illinois, Indiana, Kansas, Kentucky, Louisiana, Maryland, Michigan, Minnesota, Missouri, Montana, New Jersey, New Mexico, New York City, New York State, North Dakota, Ohio, Oklahoma, Pennsylvania, Rhode Island, Tennessee, Texas, Vermont, Virginia, and Washington.
13 https://www.texastribune.org/2025/04/22/texas-measles-outbreak-update/

The hospitalization of one out of seven[14] Texas measles victims speaks to the risk of medical complications, or as an expert at UTA explains:

> **What are the potential health complications for those who contract it? How is it cured?**
>
> With measles, we tend to think of it as a rash, but it is a respiratory illness. Just like with influenza or COVID-19, pneumonia is a key complication that can develop.
>
> Encephalitis, inflammation of the brain that can lead to seizures and brain damage, is another leading complication. There is also a very scary brain disorder called subacute sclerosing panencephalitis, which you should think of as Alzheimer's in young people. Measles also can lead to vitamin A deficiency, which can cause eye damage and blindness.
>
> There is a misconception that measles can be treated with vitamin A, which is not true. Vitamin A supplementation helps reduce the chance of blindness, which can be a complication of measles infection.
>
> There is no cure for measles. It's just palliative treatment, helping people be comfortable.

Brain damage and blindness are severe medical complications of Measles --add to this the fact that Fredrickson has *already* been infected with Covid and Tuberculosis --two other respiratory diseases-- and the risk of medical complications involving lung damage in particular grows significantly. However Tuberculosis can *also* spread beyond the lungs to the brain, bones, spine, kidneys and other organs.

Focusing back on Tuberculosis, it alone kills more people --over a million a year worldwide-- than any other infectious disease. Tuberculosis is the top killer of humans among infectious diseases, a longstanding status quo only briefly disrupted by COVID-19. The slow-moving TB infected over 8 million people in one year and killed about 1.25 million according to both the Centers for Disease Control and Prevention (CDC)[15] and a recent World Health Organization report. A one in eight chance of *death* is not favorable. The average hospital stay for a patient can be anywhere from three months to three years[16] depending on the severity of their illness and how well their body responds to treatment, according to state officials. While Fredrickson's infection is *theoretically* being treated, the facility merely *assumes* the TB strain infecting Fredrickson is not drug-resistant and will be cured at the end of the prescribed treatment. Fredrickson has not been to a hospital and has never seen a doctor or specialist.

---

14 The hospitalization of 92 out of 709 total Texans as a fraction with rounding reduces to approximately 9 out of 70, or 1 out of 7
15 https://www.cdc.gov/tb/programs/laws/menu/appendixa.htm
16 https://www.texastribune.org/2018/12/18/texas-tuberculosis-problem-raises-alarm-legislative-attention/

## Part 3) Timely and Adequate mitigation

The burden of showing that "such risk *can*[] be adequately mitigated in a timely manner" properly rests with the facility that purportedly would both timely and adequately mitigate the disease(s). Beginning with Tuberculosis, FCI Seagoville does do the standard yearly test --but that pro forma "compliance" *failed* to protect Fredrickson who had pointed out several deficiencies and the need for heightened testing months before being infected.

In the aftermath of a Tuberculosis outbreak at FCI Yazoo in 2018, the neighboring FCI Seagoville was on notice for at least *six years* that current protocol was not sufficient. That 2018 outbreak demonstrated that the BOP did not "adequately mitigate[]" Tuberculosis --much less do so "in a timely manner". Foreshadowing the events here, the BOP has now repeated that same demonstration again at FCI Seagoville. This same demonstration was similarly forecast by Seagoville's poor Covid response which made national headlines.

The detection of repeat Tuberculosis infections or flareups will be even less "timely", with a five year period between tests according to official protocol. Such a delay does not "mitigate" the spread of Tuberculosis at all.

This pattern involving infectious diseases is the antithesis of "timely" and "adequate" mitigation, and does not bode well for Measles --the most infectious disease *in the world*.

## Conclusion

Fredrickson is at a correctional facility both affected by Tuberculosis and at imminent risk of being affected by Measles. Due to personal health risk factors and custodial status, Fredrickson is at increased risk of suffering severe medical complications or death as a result of exposure to either (or both) infectious diseases; and this risk cannot be adequately mitigated in a timely manner by any other means except §3582(c)(1)(A)(i) based relief in the form of a reduced sentence or substitution with supervised release accompanied by a condition of home confinement

Respectfully submitted,
/s/ Tim Fredrickson

TRULINCS 22005026 - FREDRICKSON, TIMOTHY BRAND - Unit: SEA-A-A

---

FROM: 22005026
TO: Warden
SUBJECT: ***Request to Staff*** FREDRICKSON, TIMOTHY, Reg# 22005026, SEA-A-A
DATE: 01/28/2025 07:42:21 AM

To: Warden
Inmate Work Assignment: Food Service - AM

Written request for compassionate release.

I respectfully request compassionate release to avoid the tuberculosis wave coming in from Kansas. ABC news today reported the largest wave of tuberculosis in US history in Kansas, and because the BOP filters all federal inmates from that state in inmate distribution centers where they will spread such contagions, it will inevitably end up at Seagoville --just like COVID.

Having personally been though this system, I have observed that the BOP's preferred test has always been performed and read incorrectly. For example it has always been injected past the second or third layer of skin and at a 45 or 90 degree angle. It is supposed to be injected in the first layer of skin and at a 15 degree angle to ensure that same fact that it does not go deeper. The incorrect administration also negatively effects the reaction which would be read. As a result, the test is ineffective at detecting TB.

Furthermore, the injection becomes less reliable as it is repeated on the same person. This is problematic for at least two reasons: inmates have been tested several times over their multi-year sentence, and because a change from yearly testing must become at least monthly in order to detect its presence, otherwise staff will not know TB is here until a year after it arrives and has already spread. Such frequent testing by PPD injection will not be accurate due to the nature of the test, even if it were to be applied correctly.

There is only one method of accurately detecting the presence of tuberculosis, and testing for it at a frequency able to detect its presence --a blood draw and test by Inferon GammaRay Assay (IrGA), which is documented in BOP medical material.

The BOP also has never segregated incoming inmates for potential tuberculosis. Instead, current practice has always been injection and putting them in general population for a week before their test is read, where they can spread the disease undetected for that week. Even if the BOP chooses "segregation", the expereince with COVID proves that inmates will still be at least double-bunked with a victim rather than actually isolated.



**Report Status: Final**

**FREDRICKSON, TIMOTHY**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **FREDRICKSON, TIMOTHY**<br><br>DOB: 02/24/1989   AGE: 36<br>Gender:   M<br>Phone:    NG<br>Patient ID: 22005-026 | Specimen:     DL169883S<br>Requisition:  9061034<br>Lab Ref #:    069251755<br>Collected:    03/10/2025 / 11:17 CDT<br>Received:     03/11/2025 / 02:10 CDT<br>Reported:     03/12/2025 / 18:43 CDT | Client #: 33826       IR21MAIL<br>BANDAS, KETURAH<br>FCI SEAGOVILLE<br>2113 N HIGHWAY 175<br>SEAGOVILLE, TX 75159-2237 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | | IG |
| GLUCOSE | 84 | | 65-99 mg/dL | |
| | | | Fasting reference interval | |
| UREA NITROGEN (BUN) | 13 | | 7-25 mg/dL | |
| CREATININE | 0.83 | | 0.60-1.26 mg/dL | |
| EGFR | 116 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | SEE NOTE: | | 6-22 (calc) | |
| | Not Reported: BUN and Creatinine are within reference range. | | | |
| SODIUM | 141 | | 135-146 mmol/L | |
| POTASSIUM | 3.9 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 103 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 28 | | 20-32 mmol/L | |
| CALCIUM | 9.9 | | 8.6-10.3 mg/dL | |
| PROTEIN, TOTAL | 7.3 | | 6.1-8.1 g/dL | |
| ALBUMIN | 4.8 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.5 | | 1.9-3.7 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.9 | | 1.0-2.5 (calc) | |
| BILIRUBIN, TOTAL | 0.7 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 45 | | 36-130 U/L | |
| AST | 16 | | 10-40 U/L | |
| ALT | 16 | | 9-46 U/L | |
| **QUANTIFERON(R)-TB GOLD PLUS, 1 TUBE** | | **POSITIVE**     NEGATIVE<br>In healthy persons who have a low likelihood of M. tuberculosis infection, a single positive QFT result should not be taken as reliable evidence of M. tuberculosis infection. Repeat testing, with either the initial test or a different test, may be considered on a case-by-case basis. | | IG |
| NIL | 0.03 | | IU/mL | |
| MITOGEN-NIL | 8.25 | | IU/mL | |
| TB1-NIL | 0.39 | | IU/mL | |
| TB2-NIL | 0.35 | | IU/mL | |

The Nil tube value reflects the background interferon gamma immune response of the patient's blood sample. This value has been subtracted from the patient's displayed TB and Mitogen results.

Lower than expected results with the Mitogen tube prevent false-negative Quantiferon readings by detecting a patient with a potential immune suppressive condition and/or suboptimal pre-analytical specimen handling.

CLIENT SERVICES: 866.697.8378          SPECIMEN: DL169883S          PAGE 1 OF 3

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.



**Report Status: Final**

**FREDRICKSON, TIMOTHY**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **FREDRICKSON, TIMOTHY**<br><br>**DOB:** 02/24/1989  **AGE:** 36<br>Gender:  M<br>Patient ID: 22005-026 | Specimen: DL169883S<br>Collected: 03/10/2025 / 11:17 CDT<br>Received: 03/11/2025 / 02:10 CDT<br>Reported: 03/12/2025 / 18:43 CDT | Client #: 33826<br>BANDAS, KETURAH |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|

The TB1 Antigen tube is coated with the
M. tuberculosis-specific antigens designed to elicit
responses from TB antigen primed CD4+ helper
T-lymphocytes.

The TB2 Antigen tube is coated with the
M. tuberculosis-specific antigens designed to elicit
responses from TB antigen primed CD4+ helper and CD8+
cytotoxic T-lymphocytes.

For additional information, please refer to
https://education.questdiagnostics.com/faq/FAQ204
(This link is being provided for informational/
educational purposes only.)



# FCI Seagoville SEA

| | | | |
|---|---|---|---|
| Patient: | **FREDRICKSON, TIMOTHY (Male)** | DOB: | 02/24/89 |
| Register#: | **22005-026** | Age: | 36 |
| Date: | 03/13/25 11:53 | Status: | OP |
| Slicecount: | 2 | | |
| History: | QuantiFERON (R), TB Gold IG Plus, 1 tube positive. | | |
| Priors: | | | |
| Exams: | XR CXR 2 VIEWS | | |
| Referring Phy: | BANDAS | | |
| Ordering Phy: | | | |
| Ordering Phy #: | | | |
| Accession Numbers: 1.2.840.113619.2.203.4.2147483647.1741884179.786954 | | | |

**Final Report**

**Exam: XR CXR**

**Chest PA and lateral views**

**INDICATION:** see above

**COMPARISON:** Chest 5/1/23

**FINDINGS:**

The cardiomediastinal silhouette is within normal limits.

Lungs are clear.

No pleural effusions.

No acute osseous abnormality. Bony elements are within normal limits for age.

**IMPRESSION:**

No acute cardiopulmonary disease. Stable chest compared to prior exam.

Lungs are clear.

Heart size normal.

Radiologist:     Farhad Khorashadi, MD

Study first marked ready to read at 11:53, study last marked ready to read at 11:53, initial results transmitted at 12:07



**Report Status: Final**

**FREDRICKSON, TIMOTHY**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **FREDRICKSON, TIMOTHY**<br><br>DOB: 02/24/1989    AGE: 36<br>Gender:    M<br>Phone:    NG<br>Patient ID: 22005-026 | Specimen:    DL227692S<br>Requisition: 9147185<br>Lab Ref #:    072251841<br><br>Collected:    03/13/2025 / 11:34 CDT<br>Received:    03/14/2025 / 00:34 CDT<br>Reported:    03/17/2025 / 12:31 CDT | Client #: 33826    IR21MAIL<br>BANDAS, KETURAH<br>FCI SEAGOVILLE<br>2113 N HIGHWAY 175<br>SEAGOVILLE, TX 75159-2237 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| **QUANTIFERON(R)-TB GOLD PLUS, 1 TUBE** | | **POSITIVE** | NEGATIVE<br>In healthy persons who have a low likelihood of M. tuberculosis infection, a single positive QFT result should not be taken as reliable evidence of M. tuberculosis infection. Repeat testing, with either the initial test or a different test, may be considered on a case-by-case basis. | IG |
| NIL | 0.02 | | IU/mL | |
| MITOGEN-NIL | 8.72 | | IU/mL | |
| TB1-NIL | 0.54 | | IU/mL | |
| TB2-NIL | 0.27 | | IU/mL | |

The Nil tube value reflects the background interferon gamma immune response of the patient's blood sample. This value has been subtracted from the patient's displayed TB and Mitogen results.

Lower than expected results with the Mitogen tube prevent false-negative Quantiferon readings by detecting a patient with a potential immune suppressive condition and/or suboptimal pre-analytical specimen handling.

The TB1 Antigen tube is coated with the M. tuberculosis-specific antigens designed to elicit responses from TB antigen primed CD4+ helper T-lymphocytes.

The TB2 Antigen tube is coated with the M. tuberculosis-specific antigens designed to elicit responses from TB antigen primed CD4+ helper and CD8+ cytotoxic T-lymphocytes.

For additional information, please refer to https://education.questdiagnostics.com/faq/FAQ204 (This link is being provided for informational/ educational purposes only.)

**PERFORMING SITE:**
IG    QUEST DIAGNOSTICS DALLAS LAB, 4770 REGENT BOULEVARD, IRVING, TX 75063-2445 Laboratory Director: CLARE MCCORMICK-BAW, MD PHD, CLIA: 45D0697943

CLIENT SERVICES: 866.697.8378            SPECIMEN: DL227692S            PAGE 1 OF 1

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

FREDRICKSON, Timothy Brandon
Reg. No. 22005-026
Unit: 5

An inmate request to staff was received in this office wherein you specifically request to be considered for Reduction in Sentence/Compassionate Release. After careful consideration, your request is denied.

Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582 and 4205(g), states "a sentencing court, on motion of the Director of the Bureau of Prisons (BOP), may reduce the term of imprisonment of an inmate sentenced under the Comprehensive Crime Control Act of 1984." Specifically, you request to be considered for a Reduction in Sentence/Compassionate Release to avoid the tuberculosis wave coming in from Kansas. You are currently considered a mental health care level one; your medical care level is considered care one, healthy or simple chronic care. You have no significant medical history, and you are not currently being prescribed any medications. Avoidance of a disease is not criteria to be considered for Reduction in Sentence/ Compassionate Release.

If you are not satisfied with this response to your request, you may commence an appeal of this decision via the Administrative Remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.

_____        3/25/25
C. D. Phillips, Acting Warden           Date

Federal Correctional Institution
Seagoville, Texas

Administrative Remedy Procedures for Inmates
**Informal Resolution Form**

Bureau of Prisons Program Statement 1330.16, <u>Administrative Remedy Program</u>, requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal written complaint. This form will be used to document your efforts toward informally resolving your grievance. Complete items 1-3 and return to your Correctional Counselor.

**INMATE'S COMPLAINT:**

1. State your specific complaint:

```
I am appealing the denial of my request for compassionate release based on the need to
avoid the tuberculosis wave coming in from Kansas,

I was informed that I was positive for tuberculosis on 3/13/2025. The BOP thus failed
to protect me from tuberculosis.
```

2. State what efforts you have made to informally resolve your complaint:

```
I requested compassionate release on 1/28/2025 which was denied on 3/25/2025 because
"avoidance of a disease is not criteria to be considered". This is incorrect. In 2023
our Federal government added criteria to §1B1.13(b)(1)(D)

I had also requested testing by an alternative method that has been recognized by the
BOP since at least 2015, which is more reliable and does not violate my religion.
```

3. State what resolution you request:

```
I request damages for both the failure to protect me from tuberculosis and for failing
to test for it using a method that is both more reliable and would not have violated
my religion
```

Inmate Name __Timothy Fredrickson__    Register Number __22005-026__    Unit __A-5__

Inmate Signature __Tim Fry__    Date __April/9/2025__

**CORRECTIONAL COUNSELOR:**

Efforts made to informally resolve and staff contacted: __See the attached response from the Acting Warden__

[✓] No Informal Resolution – Issued BP-9 on _____ (Date)

[ ] Informally resolved on _____
    Date                    Inmate Signature

Counselor's Signature: __B. Smith__    Date: __4-9-25__

Unit Manager Review: __B. Smith Act For__    Date: __4-9-25__

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | Timothy Fredrickson | 22005-026 | A-5 | FCI Seagoville |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

### Part A- INMATE REQUEST

I am appealing the denial of my request for compassionate release based on the need to avoid the tuberculosis wave coming in from Kansas, and seeking damages for both the failure to protect me from tuberculosis and failing to test for it using a method that is both more reliable and does not violate my religion.

I requested compassionate release on 1/28/2025 which was denied on 3/25/2025 because "avoidance of a disease is not critera to be considered". This is incorrect. In 2023 our Federal Government added criteria to §1B1.13(b)(1)(D): "the defendant is housed at a correctional facility affected or **at imminent risk of being affected by** [ ] an ongoing outbreak of infectious disease".

I was informed that I was positive for tuberculosis on 3/13/2025. The BOP thus failed to protect me from tuberculosis.

I had also long requested testing by an alternative method that has been recognized by the BOP since at least 2015, which is more reliable and does not violate my religion. I request damages for the failures prior to March 2025.

April 9 2025
DATE

*[signature: Tim F...]*
SIGNATURE OF REQUESTER

### Part B- RESPONSE

RECEIVED
WARDEN'S OFFICE

APR 1 4 2025

Federal Correctional Institution
Seagoville, TX

_____    _____
DATE                WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

CASE NUMBER: _____

**ORIGINAL: RETURN TO INMATE**

CASE NUMBER: _____

### Part C- RECEIPT

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
DATE                RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

BP-229(13)
APRIL 1982

```
                    REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: APRIL 14, 2025



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SEAGOVILLE FCI

TO  : TIMOTHY BRANDON FREDRICKSON, 22005-026
      SEAGOVILLE FCI    UNT: 1 GP    QTR: A02-243L
      2113 NORTH HWY 175
      SEAGOVILLE, TX 75159



FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1236840-F1     ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : APRIL 14, 2025
SUBJECT 1       : REQUESTS FOR MONETARY COMPENSATION
SUBJECT 2       : REDUCTION-IN-SENTENCE REQUEST
INCIDENT RPT NO:

REJECT REASON 1: YOU MUST PROVIDE MORE SPECIFIC INFORMATION (E.G. CASE NO.)
                 ABOUT YOUR REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED.

REJECT REASON 2: SEE REMARKS.

REMARKS         : THERE ARE TOO MANY APPEALS, YOU MUST SUBMIT A BP9
                  FOR EACH APPEAL/REQUEST.
```

TRULINCS 22005026 - FREDRICKSON, TIMOTHY BRAND - Unit: SEA-A-A

---

FROM: 22005026
TO: Warden
SUBJECT: ***Request to Staff*** FREDRICKSON, TIMOTHY, Reg# 22005026, SEA-A-A
DATE: 03/29/2025 01:14:51 PM

To: Warden Rhodes
Inmate Work Assignment: FoodServiceAM

Written Request for Compassionate Release

I respectfully request either redesignation to home confinement or compassionate release to avoid getting MEASLES.

The BOP has demonstrated that it could not protect me from tuberculosis even after I gave notice on January 28, 2025 of faulty testing methods and frequency. This concern took on special force in light of the wave of TB at transfer centers and inability to social distance. The BOP was also on notice of various inadequacies because of a 2018 outbreak of TB at FCI Yazoo. The fact that I now have TB demonstrates that the BOP cannot detect its presence or curtail its spread. The fact that I am currently latent also means that when it was active, I had spread it across the compound to others before it went latent.

I now have the same concern with MEASLES because there is a current outbreak in our country, and because I cannot social distance.

In sum, the BOP could not protect me from covid, it did not protect me from tuberculosis, and it will not be able to protect me from measles either unless I am redesignated to home confinement where I can socially distance. The BOP does have the authority to designate a person to their home to serve the remainder of their sentence, and I ask that this be done to protect me from measles. If the BOP does not place me at home, then I request a recommendation of compassionate release so that my sentencing judge can decide.

Respectfully, Tim Fredrickson

**U.S. DEPARTMENT OF JUSTICE**                                         **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __Timothy Fredrickson__         __22005-026__       __A-5__        __FCI Seagoville__
       LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.       UNIT         INSTITUTION

**Part A— INMATE REQUEST** I am appealing the denial of my request for compassionate release or designation to home confinement based on the need to avoid infectious disease.

I requested compassionate release on 1/28/2025 which was denied on 3/25/2025 because "avoidance of a disease is not criteria to be considered". This is incorrect. In 2023 our federal government added criteria to USSG §1B1.13(b)(1)(D):

> "the defendant is housed at a correctional facility affected or **at imminent risk of being affected by** [ ] an ongoing outbreak of infectious disease"

I was at imminent risk of being effected by tuberculosis waves coming in from Kansas. I was then informed that I was positive for tuberculosis on 3/13/2025. The BOP thus failed to protect me from tuberculosis. I am currently taking an antibiotic in an attempt to kill it and will again be at imminent risk of contracting tuberculosis when antibiotics run out. I am also at imminent risk of contracting measles, Texas is the epicenter and the nation is currently experiencing the highest outbreak in 25 years. I can socially distance at home if either designated to home confinement [18 §3621(b)] or with a recommendation to my court under §3582(c)(1)(A)(i) of compassionate release in case **#17-cr-40032**. My release plan was previously approved by probation on 2/11/2022 and appears in my case as **Dkt 213** Compassionate Release Recommendation Report.

__5/6/2025__                                    __[signature]__
     DATE                                       SIGNATURE OF REQUESTER

**Part B— RESPONSE**


RECEIVED
WARDEN'S OFFICE

MAY 0 9 2025

Federal Correctional Institution
Seagoville, TX

_____                        _____
     DATE                                      WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                           CASE NUMBER: _____

---

                                                          CASE NUMBER: _____

**Part C— RECEIPT**

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.       UNIT         INSTITUTION

SUBJECT: _____

_____                        _____
     DATE                                      RECIPIENT'S SIGNATURE (STAFF MEMBER)

                                                                          BP-229(13)
                                                                          APRIL 1982
USP LVN                  Printed on Recycled Paper

```
                    REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 9, 2025
recvd May 13, 2025 TimFrd



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SEAGOVILLE FCI

TO  : TIMOTHY BRANDON FREDRICKSON, 22005-026
      SEAGOVILLE FCI    UNT: 1 GP    QTR: A02-243L
      2113 NORTH HWY 175
      SEAGOVILLE, TX 75159


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID        : 1240112-F1       ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED    : MAY 9, 2025
SUBJECT 1        : REDUCTION-IN-SENTENCE REQUEST
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: YOUR REQUEST IS UNTIMELY. INSTITUTION AND CCC REQUESTS
                 (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                 ABOUT.

REJECT REASON 2: YOUR APPEAL OF THE REJECTION IS UNTIMELY. RESUBMISSIONS ARE
                 DUE WITHIN: 5 DAYS (INSTITUTION); 10 DAYS (CCM OR REGIONAL
                 OFFICE); 15 DAYS (CENTRAL OFFICE). SUBMIT STAFF MEMO ON BOP
                 LETTERHEAD STATING REASON UNTIMELY FILING WASN'T YOUR FAULT.

REJECT REASON 3: PROVIDE STAFF VERIFICATION STATING REASON UNTIMELY FILING
                 WAS NOT YOUR FAULT.

REJECT REASON 4: SEE REMARKS.

REMARKS          : REFER TO PS 1330.18 ADMINISTRATIVE REMEDY PROGRAM:
                   8 INITIAL FILING 542.14 & 11 RESUBMISSION 542.17
```

